United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAZAL E.[1], Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-609 |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*, Respondents. | § § § § | |

**ORDER REQUIRING STATUS REPORTS**

The Court **ORDERS** Petitioner to file a status report concerning the status of his immigration proceedings by **no later than December 4, 2026.**

Additionally, the Court **ORDERS** Respondents to file a status report by **no later than December 18, 2026.** If Petitioner is now subject to a final order of removal, this report should include the Government's removal efforts and whether Petitioner's detention is past the reasonable 180-day period under *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001).

Signed on November 20, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.